| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 2/11/2025<br>TIME: 11:45 am |

CASE: **CV 23-8505 (SIL) Almendares v. El Fuerte Deli and Grocery Corp. et al**
TYPE OF CONFERENCE:   CHEEKS           FTR: 11:45-11:48

APPEARANCES:
    For Plaintiff:  Katelyn Schillaci

    For Defendant: Douglas Rowe

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  Cheeks hearing held. The parties' motion for approval of the settlement agreement, DE [26], is granted for the reasons set forth on the record.  The Court will wait for the stipulation of discontinuance to be filed before closing the case.


                                    SO ORDERED

                                     /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge